# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Barnes Bay Development Ltd. | | |
| **Case Number:** | 11-10792-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MARCH 21, 2011 10:30 AM  CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

First Day Motions
**R / M #:**  18 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
A. Petitions
B. First Day Motions
    #4 - Order signed
    #5 - Order signed
    #6 - Order signed
    #7 - Order signed
    #8 - Order signed
    #9 - Interim Order signed.  Final hearing on 4/12/11 @ 9:30 a.m.
    #10 - Order signed
C. Declaration of Deborah Branch