# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| Barnes Bay Development, Ltd., et al., ) | Case No. 11-10792 (PJW) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |

**AFFIDAVIT OF EDWARD S. WEISFELNER, ESQ.**
**IN SUPPORT OF APPLICATION FOR ORDER**
**APPROVING THE *NUNC PRO TUNC* EMPLOYMENT AND**
**RETENTION OF BROWN RUDNICK LLP AS CO-COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**EDWARD S. WEISFELNER**, being duly sworn, deposes and says:

1.     I am an attorney at law admitted to practice in the State of New York and before the United States District Court for the Southern District of New York. I am a member of the law firm Brown Rudnick LLP ("Brown Rudnick"), resident in Brown Rudnick's New York office at Seven Times Square, New York, New York 10036. I submit this affidavit on behalf of Brown Rudnick, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in support of the *Application for Order Approving the Nunc Pro Tunc Employment and Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee Of Unsecured Creditors*, dated April [      ], 2011 (the "Application"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

# I.    Brown Rudnick's Experience.

2.    Over the past two decades, Brown Rudnick has successfully represented official and unofficial committees of creditors, equity holders, individual creditors, indenture trustees, acquirers, investors, debtors and other significant parties in many prominent and complex bankruptcy cases and out-of-court restructurings.

3.    Brown Rudnick's Bankruptcy & Corporate Restructuring Group, which I chair, is playing, or has played, a lead role representing official committees in the following prominent Chapter 11 cases:

A.H. Robbins Company, Incorporated (E.D. Va.)
Allis-Chalmers Corporation (S.D.N.Y.)
Budget Rent-A-Car Corporation (D. Del.)
Comdisco, Inc. (N.D. Ill.)
Continental Airlines, Inc. (S.D. Tex.)
Days Inns of America, Inc. (D. Del.)
Fedders North America, Inc. (D. Del.)
Global Crossing, Ltd. (S.D.N.Y.)
Global Power Equipment Group (D. Del.)
Gordon Jewelry Corporation (Zale Corporation) (N.D. Tex.)
Zante, Inc. (Herbst Gaming, Inc.) (D. Nev.)
Integrated Resources, Inc. (S.D.N.Y.)
Lyondell Chemical Company (S.D.N.Y.)
Mirant Corporation (N.D. Tex.)
Motor Coach Industries International, Inc. (D. Del.)
Oneida Ltd. (S.D.N.Y.)
Pilgrim's Pride Corporation (N.D. Tex.)
Riverstone Networks (D. Del.)
R.H. Macy & Co., Inc. (S.D.N.Y.)
Service America Corporation (D. Conn.)
Telemundo Group, Inc. (S.D.N.Y.)
Texscan Corporation (D. Ariz.)
Todd Shipyards Corporation (D.N.J.)
Tracor Holdings, Inc. (W.D. Tex.)
Trump Taj Mahal Associates (D.N.J.)
Visteon Corporation (D. Del.)
Premiere International Holdings, Inc. (Six Flags) (D. Del.)

4.     In addition, Brown Rudnick has also represented, or is representing, unofficial or *ad hoc* committees, as well as individual creditors, equity holders, and other parties in interest, in a similar roster of prominent in-court and out-of-court matters, including:

> Adelphia Communications
> Arizona Charlie's, Inc.
> Calpine Corporation
> Cerro Negro Oil Project (Venezuela)
> Charter Communications, Inc.
> Dana Corporation
> The Great Atlantic & Pacific Tea Company, Inc. ("A&P")
> Flying J Inc. (Big West Oil)
> General Growth Properties, Inc.
> Granite Corporation (Askin Capital Management)
> Greate Bay Hotel & Casino, Inc. (The "Sands")
> Marvel Entertainment Group, Inc.
> Mobile Media Communications, Inc.
> New York Racing Association, Inc.
> O'Brien Energy
> Owens Corning
> Quigley Company
> Refco, Inc.
> Solutia Inc.
> Spansion Inc.
> The Stratosphere Corporation and Stratosphere Gaming Corp.
> Tower Automotive
> Trans World Airlines
> Tropicana Entertainment
> TCI 2 Holdings, LLC (Trump Entertainment Resorts)
> Wang Laboratories, Inc.
> WorldCom, Inc.
> XO Communications

## II.     Proposed Compensation.

5.     Brown Rudnick has been asked to serve as counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned Chapter 11 cases filed by the debtors and debtors-in-possession (collectively, the "Debtors"). Brown Rudnick proposes to render services for the Committee on an hourly fee basis according to its customary hourly rates in effect when the services are rendered. It is anticipated that the lead Brown Rudnick

attorneys who will represent the Committee are myself (my current hourly rate is $995), Andrew Dash, Esq. (whose current hourly rate is $885), James W. Stoll, Esq. (whose current hourly rate is $850), Gordon Z. Novod, Esq. (whose current hourly rate is $695) and Laura F. Weiss, Esq. (whose current hourly rate is $490). Other Brown Rudnick attorneys or paraprofessionals will provide additional supporting legal services on behalf of and as directed by the Official Committee. The following hourly rates for Brown Rudnick attorneys and paraprofessionals are currently in effect, but are subject to periodic adjustments: attorney rates range from $310 to $995 per hour and paraprofessional rates range from $100 to $295 per hour.

6.      Brown Rudnick intends to apply for compensation for professional services rendered and for reimbursement of expenses incurred in accordance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Bankruptcy Rules, the local rules and orders of this Court, and the United States Trustee guidelines.

7.      Neither Brown Rudnick, nor any member of Brown Rudnick, nor any professional or attorney associated with or employed by Brown Rudnick has received a promise as to payment or compensation in connection with the Debtors' Chapter 11 cases. Brown Rudnick does not have any agreement with any other entity to share with any such entity any compensation received by Brown Rudnick.

**III.    Brown Rudnick's Connections In These Cases.**

8.      In connection with the Committee's proposed retention of Brown Rudnick, an extensive review (the "Connections Check") of Brown Rudnick clients, adverse parties and related parties (collectively, "Firm Connections") was performed to ascertain whether Brown Rudnick had any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors herein, their creditors, any other party in interest herein, or their respective attorneys or accountants, to the extent any such entities were known at such time (the "Case Parties").

9.      Attached hereto as Schedule 1 is a list of the Case Parties that were checked against a database containing Firm Connections, and then manually reviewed to identify any matters on which work was performed since March 1, 2008.  For the purpose of compiling the list of Case Parties, Brown Rudnick utilized the case parties lists filed by the Debtors in connection with their retention of counsel in the Debtors' Chapter 11 cases.  This list was represented by the Debtors to be comprehensive and includes, among others, the following categories of parties: consolidated list of creditors holding the 30 largest unsecured claims, counterparties to purchase and sale contracts, the Board of Directors of Barnes Bay Development, Ltd., the Limited Partners of Kor Duo Investment Partners II, LP, the Shareholders of Barnes Bay Development, Ltd., the Debtors' employees, litigation parties, professionals, United States trustees, and vendors.  Brown Rudnick supplemented such case parties' lists with the members of the Committee.

10.     In addition, the Connections Check was emailed or otherwise circulated to all Brown Rudnick attorneys and posted on Brown Rudnick's intranet site for further review, for the purpose of identifying connections.  The Connections Check remains on the intranet and is arranged by month for the current year, and then archived by year.  As part of this circulation, the recipients were also requested to identify: (i) any connections to the United States Trustee or any person employed in that office; and (ii) their direct holding of any claims against or stock of the Debtors.

11.     A copy of the results of Brown Rudnick's Connections Check is annexed hereto as Schedule 2.

12.     To the best of my knowledge after diligent inquiry, neither Brown Rudnick, nor any member of Brown Rudnick, nor any attorney associated with or employed by Brown

Rudnick, has any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors herein, their creditors, any other party in interest herein, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except to the extent set forth on <u>Schedule 2</u>. Notwithstanding any "connection" set forth on <u>Schedule 2</u>, and except as set forth herein, to the best of my knowledge, any "connection" of Brown Rudnick to the matched entities are limited to matters unrelated to the Debtors' Chapter 11 cases.

13.     Brown Rudnick has been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles.

14.     Brown Rudnick has also represented Susquehanna International Group, LLP ("<u>SIG</u>") in various unrelated cases. SIG is the employer of Joel Greenberg, an unsecured creditor in these cases and a member of the Committee. Brown Rudnick has not represented Joel Greenberg in his individual capacity at any time. Brown Rudnick has disclosed its relationship to Joel Greenberg to the Committee.

15.     Moreover, Brown Rudnick has a well-known reorganization and restructuring practice, which encompasses the representation of many investors, financial institutions and other persons or entities, some of which may become creditors or parties in interest including, without limitation, potential acquirers of the Debtors' assets in these Chapter 11 cases. Furthermore, as part of its practice, Brown Rudnick appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors, creditors, or parties in interest, or themselves be creditors or parties in interest in these Chapter 11 cases. Brown Rudnick has not and will not represent any of these

creditors, investors, potential acquirers, parties in interest, attorneys, financial advisors, accountants or any other entity in connection with these Chapter 11 cases.

16.     Brown Rudnick has represented, currently represents, and may represent in the future the entities as described in <u>Schedule 2</u> as clients (or their affiliates), in matters unrelated to the Debtors. Also, Brown Rudnick represents, in unrelated matters, numerous entities, including entities listed on <u>Schedule 2</u>, which buy and sell distressed debt of Chapter 11 debtors. Because distressed bank and note debt is actively traded in the commercial markets, Brown Rudnick may be unaware of the actual holder of such debt at any given moment.

17.     Brown Rudnick has not, does not, and will not represent any of the entities listed above (or their affiliates) in matters related to the Debtors or their Chapter 11 cases.

18.     Brown Rudnick will file appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning any connections is developed.

19.     Notwithstanding the above, I believe that Brown Rudnick is a disinterested person, and does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Brown Rudnick is to be employed, as required by Bankruptcy Code Section 328(c). Based upon the foregoing, I respectfully submit that the requirements for the Committee's retention of Brown Rudnick have been met.

Edward S. Weisfelner

Sworn to before me this
_13th_ day of April, 2011

Notary Public

CHRISTOPHER M. LAU KAMG
Notary Public, State of New York
No. 01LA6138897
Qualified in Kings County
Commission Expires December 27, 2013

# SCHEDULE 1

## Case Parties List

**Debtors**
Barnes Bay Development, Ltd.
Kor Duo Investment Partners II, LP
Kor Duo II, LLC

**Board of Directors of Barnes Bay Development, Ltd.**
Jeffrey Lynn Smith
Bradford Korzen

**Shareholders of Barnes Bay Development, Ltd.**
Kor Duo Investment Partners II, LP
Lubert-Adler Real Estate Fund IV, LP
Lubert-Adler Parallel Real Estate Fund IV, LP
Lubert-Adler Real Estate Capital Fund IV, LP
Kor Duo II, LLC

**Limited Partners of Kor Duo Investment Partners II, LP**
Lubert-Adler Real Estate Fund IV, LP
Kor Anguilla, LLC
Lubert-Adler Real Estate Parallel Fund IV, LP
Lubert-Adler Capital Real Estate Fund IV, LP
Y&S Nazarian Revocable Trust
David & Angella Nazarian Trust
Samy Nazarian Trust
Bradford Korzen
Erwin Korzen
Isle of Paradise, LLC

**Managing Member of Kor Duo II, LLC**
Bradford Korzen

**Non-Filing Affiliates**
Kor Hotel Management, LLC
Kor Realty Group, LLC

**Lender**
SOF-VII-Hotel II Anguilla Holdings, LLC
Starwood Capital Group

**Banks**
East West Bank
First Caribbean Bank
National Bank of Anguilla

Citibank

**Professionals**
Akin Gump Strauss Hauer & Feld LLP
DLA Piper LLP
Richards, Layton & Finger, P.A.
Keithley Lake & Associates
Kevin Nystrom
Zolfo Cooper (BVI) Limited
Zolfo Cooper management, LLC

**Creditors—Top 30**
SOF-VIII Hotel II Anguilla
Exclusive Resorts
World Class Pools
David B. Small
Gary L Tilkin
Adam Zoia
Stephen Paluszek
Joel Greenberg & Marcy Gringlas
Royal Butterfly LLC
RJR Victory LTD
Elliot Eichner and David Sonnenblick
Sozo Anguilla, Inc.
Carillion Construction (West Indies) Limited
Viceroy Hotel Group
Steven Tuttleman
Gary Black and Florence Black
Mark Frederickson
Grant Gibson
Global Futures and Forex, Ltd.
David Ott
Leonardo Locascio
Zoilo Nieto
George Kalogridis
JMC Anguilla, Inc.
Anthony Graham
22 Bond Street LLC
Doug Harmon
Richard C. Afrookteh and Carole Sue Sheain
Azure Water, LLC
Arthur Marcus and Hilda Shuman
IMI

**Employees of U.S. Trustee in Delaware**
Roberta A. DeAngelis, U.S. Trustee

William K. Harrington, Assistant U.S. Trustee
David Buchbinder, Trial Attorney
Mark Kenney, Trial Attorney
David Klauder, Trial Attorney
Jane Leamy, Trial Attorney
Juliet Sarkessian, Trial Attorney
Richard Schepacarter, Trial Attorney
Thomas Patrick Tinker, Trial Attorney
Diane Giordano, Bankrtupcy Analyst
Jeffrey Heck, Bankruptcy Analyst
James R. O'Malley, Bankruptcy Analyst
Michael Panacio, Bankruptcy Analyst
Michael West, Bankruptcy Analyst

**Employees**
Mark Piekarz
Steve Watson
Katanja Hubbard
John Noland
Sandra Richardson
Phillip Day
Gayla Day
Sam Florance
Leonie Elliott
Sandy President
Andre Koerckel
Franklin DuBois
Deborah Branch

**Plaintiffs**
Armond Ferri
Durbin Watson Properties LLC   (Tom & Lara Durbin)
Thomas P. Lydon and Sharon K. Lydon
Jonathan Simon
Francesco Facchini
Grant Gibson (G202); Grant Gibson & Kim Evans (K-PH)
Mark Frederickson
RJR Viceroy Ltd (Rene & Karen Robichaud)
Sandra Taylor
Stephen Paluszek
Elliot Eichner and David Sonnenblick
Kevin and Martha King
BWP, LLC (Phillip J. McFillin)
Lee A. Zoeller
WO Viceroy I LTD
Kalogridis
World Class Pools
Royal Butterfly
Gary and Florance Black

Exclusive Resorts

**Purchase and Sale Agreement Counterparties**
Gary L Tilkin
Stephen Paluszek
Steven Tuttleman
Gary Black and Florence Black
David B. Small
Adam Zoia
Joel Greenberg & Marcy Gringlas
Erwin Korzen
The Leland Hirsch Family Partnership, LP and Mazzei Holding, LLC
Mark Frederickson
Sozo Anguilla, Inc.
RJR Victory LTD
Elliot Eichner and David Sonnenblick
Royal Butterfly LLC
Exclusive Resorts Real Estate Holdings II, LLC
The Leland Hirsch Family Partnership, LP and Mazzei Holding, LLC
Jacob Stepan
John Michael Collins
JMC Anguilla, Inc.
JMC Anguilla, Inc. / John Michael Collins
Michael Collins
John Fitzgerald
LGT Properties, Inc.
Dennis Nardoni
Jack's Cove LTD
Carlo Parisi and wife, Cheryl Parisi
Richard P. Savitt
Jake Stepan
Jeff Cook
Carlo Parisi and wife, Cheryl Parisi
Catherine Davis and Lynn Davis
Michael Braver
Caribbean Sun, LLC
Howard Drayzen, Dave Purpora, Steve Kinzelberg
Armond Ferri
William C Winget
Frank Gallo
W.O. Viceroy
Catherine Davis and Lynn Davis
Richard Girouard & Ruth Jones
Richard Girouard & Ruth Jones
David Glenn
Watson Properties, LLC
Thomas P. Lydon and Sharon K. Lydon
Jonathan Simon

Richard P. Savitt and Gary Luciani
Martha and Kevin King
Richard C. Afrookteh and Carole Sue Sheain
William C Dowling Jr. Foundation
Michael Pollack
Lee Zoeller
Mark Faist
Michael Braver
Barbara Barrielle
Jonathan Simon
Francesco Facchini
Jay Delsing and Corey Pavin
Frank Faillace and Herbert Fingerhut
Anthony D. Autorino
Peter Greenspun
Ursula Langley
Richard Girouard
Lee Skolnick and JoAnn Secor-Skolnick
Armond and Joanne Ferri
Stacy Pesacov and Melissa White
Fredy Dellis
John Michael Collins
William C. Dowling Jr. Foundation
Azure Water, LLC
Gary Madonna and Penny Wittenberg
Kathleen Synnott
Gary Tilkin
Grant Gibson
Anthony Graham
Jack Edgar Bentham
Leonardo Locascio
Clamasuka Realty Co LLC
Philip McFillin
Arthur Marcus and Hilda Shuman
Art Mannarn and Judy Deutscher
Global Futures and Forex, Ltd.
Global Forex Trading 1, LLC
August & Karen Pellizzi
Paul Duffy
August & Karen Pellizzi
John Fitzgerald
Frank Gallo
Doug Harmon
Howard Drayzen, Dave Purpora, Steve Kinzelberg
John Michael Collins
Art Mannarn and Judy Deutscher
Zoilo Nieto
David Ott
Sandra Taylor
Sandra Taylor

George Kalogridis
22 Bond Street LLC
Paul Duffy
Scott Timcoe/Daniel Lonergan
22 Bond Street LLC
Sozo Anguilla, Inc.
Grant Gibson

**Vendors**
4Suns, LLC
A & A Tours, Inc.
A1 Laundry
AARF
Marion Abaunza
ABC Hardware
Slyvester Abdel
ABF Brokerage & Delivery Svcs.
Michael Able
Jose Abraham
Marcello Acceu
Ace Hardware
Action Messenger Service
Adaco Inc
Admiral Travel International
Administrative Services
Adobe System Incorporated ADP, Inc.
ADP National Account Services
Aetna's Administrative System
Aetna Life & Casualty Bermuda
Miguel Aguado Herrera
Karan Ahir
Air Routing International
Air Sea Land Express Travel
A.J. Morgan
Alchemy Communications, Inc
Alexandra Fisher
Alkemie
All About Travel L.L.C.
All About Pools
Allison Petals & Frangrances
Allied Van Lines, Inc
Vanessa Allen
Alma's Designs
Ines Almeida
Alo
Altour International Inc.
Cintyha Alva
American Airlines Media
American Competitive Limousine
American Express Travel Related
American Express International

American Express
American Express Travel Relate
American Express Europe LTD
American Hotel Register Company
Ameri-Carib International
American Airlines Publishing
America's Trade & Supply
Ammo Books LLC
American Express Travel
Anacaona Boutique Hotel
Anchor Away Travel Cruises
Andrew Harper Travel Inc
Marlon Anderson
Anguilla Air Services Ltd.
Anguilla Amateur Cycling Assoc
Anguilla Building Construction
Anguilla Chamber Of Commerce & Anguilla
Electric Center
Anguilla Electricity Co. Ltd.
Anguilla Ferry Shuttle & Chart
Anguilla Garden Center
Anguilla Hotel & Tourism Assc.
Anguilla National Library
Anguilla Offshore Mgmt. Ltd
The Anguilla Printers, Ltd
Anguilla Red Cross
Anguilla Renewable Energy Off.
Anguilla Rums Ltd.
Angelika Schubert, Inc
Anguilla Summer Business
Anguilla Techni Sales
Anguilla Tennis Academy
Anguilla Tourist Board
Anguilla Trading Co. Ltd.
The Anguillian
Anguilla Ujamaa Production Ltd
Antam Corp.
Anthem Blue Cross
Shyam Rambhadjan
Apex Auto Supplies Ltd.
Apex Car Rental
Apex Travel
APOTHIA Los Angeles
Aqui Viagens Operadora Truisic
Tareek Archibald
Elijah Armstrong
Army Universe
Aronel Inc.
Ashless Margolis, Inc.
Ashley & Sons
Atlantic Star Center

Atlantis Travel (BDH) Ltd
ATP Heathcote & Assoc. Ltd
Steven Austin
Austin Travel CORP.
AutoBev Systems
Avant Garde
Avalon Hotel Beverly Hills
Avis/ Apex Car Rental
Avion Belair Travel
AVID
AXA Entertainment Group
Azure Collection
John Bacolo
Claudia Baker
Brandi Baldwin
BAL Corporate Immigration
William Balinbin
Bank Of America Leasing
Bankie Banx
Bank Direct Capital Finance
Oluwakemi M. Linda Banks
Kutha Baptiste
Baron, Brink International
Baring Industries
Leslie Barret
Barton Perreira
Barney's Pumps Inc.
Barbara Redman Enterprises Inc
Bass Car Rental
Baudelaire
Baxter Of California
Beach Bum Vacation Incorporate
Beachside Lighting
BECCA Inc
Belgo Lux Inc
Ben & Dolly's Furniture
Benjamin Franklin Freight
Lucia Ortiz Benites
Bennies Travel & Tours
Wanda Benjamin
Yolanda Berroa de Morris
Graham Betts
Betty Maclean Travel
Bianconero Enterprises Inc.
Biscayne Travel
Blaine Andrusek Phytotherapeut
Laine Blaker
Black Orchid (Lorin Richardson
Blanchards Restaruant
Blue Cross Blue Shield
Boca Raton Travel & Cruises In

Body & Soul
Lin Bordenet
Bougainvillea
Bowman & Associates
Anselm T Bradshaw
Brad Metzer Resturant Solution
Terry Bradshaw
Brennick Brothers Inc.
Terry J. Brennan
British Dependency
Jeffrey Jennings
Althea Brooks
Brother's Auto Supplies
Bob Brown Service Solutions
Dean Brodie
Douglas Brooks
Dwight Brooks
Irain Brooks
Kristoff Brookes
Lester Brooks
Saleem Brooks
Sheldon Brookes
Tania Maynard - Browne
Ursula Browne
Cirilo Bryan
Roy Bryson
Jeri-Lee Buddle
Ashton A Burt
Lindonna Burnette Will
Maurice Burleigh
Tracy Busby
Laurent Bute
Butter London LLC
Burekhovich Travel Limited
Cindi Byun
Cable & Wireless
Cliftus Cadette
Vai Cahoon
Calix
California Quality Plastic Inc
Cap Juluca Hotel
Alphonse Carty
Annette Carty
Caribbean Auto
Avenel Carty
Avonelle Caragliano
Caribbean Cable Communications
Carlton Carty
Daisy Carty
Dean Carty
Dondra Henderson - Carty

Elvis Carty
Ericia Carter
Geva Richardson - Carty
Caryl Halpin
Caribbean Hotel & Tourism Asso
Caribtours Ltd
Irma Carty
Karissa Carty
Caribbean Kids Club
Carrier Limited
Caribbean Management LLC
Margaret Carty
Maurizio Carty
Michelle Carty
Dr. Nicholas Carbon
Caribbean Pyrotechnics SARL
Ricardo Carty
Caraibes Sante Beaute
Caribbean Silk Screen
Carlson Wagonlit Canada
Carlson Marketing Worldwide In
Colleen Laura Cavan
Celina Travel
Central Lock & Hardware
Centra Worldwide, Inc.
Kim Charles
Changing Realities, LLC
Wimut Chayarak
Cheddie's Sand Blasting
Chicago Dryer Company
Jaeuk Cho
Antonio Christopher
Christian Horan Photography
Cie Lux Brands
Garyston Clarke
Janne Clare
Clamdiggin
Nicholas Clayton
Schuyler Clark
Tanya Clarke
Classic Vacations LLC.
Winston Clarke
Claxton's
Cleobella LLC
Club Cigar
Collins Fish & Seafood
Colour Image
Columbine Storage Center, Inc
Colletts Travel Ltd.
Simone Cominotti
Computer SuperStore

Comet Systems
Accelyn Connor
Cardigan Connor
Catherine Connor
Dawn H Connor
Condado Travel Inc.
Franklin Connor
Gillie Connor
Glennis Connor
Concentradora De Hotel Lasalle
Katherine Connor
Kelvin Connor
Kendon Connor
Lenville Connor
Lincoln Connor
Maria Connor
Maurice Connor
Michael Connor
Carmen Connor
Conde' Nast Publications
Roverick Connor
Thereasa Connor
Continental Travel Of Coral
Tuneero Connor
Wellington Connor
Coral Reef Travel Inc.
Corine Richardson
Cosabella
CosmElectric C.por A.
Cosmos Travel Inc.
Couture Concepts
Courtesy Products
Cove Bay Properties
Creative Circle Los Angles
Crocodile Creek
CRS International
C'Si Bon
CT Corporation
Jamie Cubias
Jamie Cuellar
Cummins Power South
Monique Reid
CVL Cosmetics North America In
CWT- Beheermaatschappij B.V.
Julian Hodge
CYVSA Anguilla
Donald Conner
D-3 Enterprises
Daddy's Construction Company
Omar Daley
Eric Damidot

Daniela Espinosa
Dannijo Jewels, Inc.
Malita E. Daniel
Patrick Dang
Darvin & Company Band
Data Quest LLC
Brent Davis
Cecelia Davis
da'Vida
Jeffery David
Joseph Davis
Leopold Davis
Patricia Davis
DayNa Decker
Debbie Katz Inc.
Dee & J Appliances
Derek Degrazio
Delta Petroleum
Delta Radio
Sandra Delinios
Alexander Demes
Purnima Devi Demes
Heuris Derrick
Ashwin Desouza
Amy Deve
DHL Express
Carmen Diaz-Heines
Different Planet Travel
Distinctive Honeymoons
DI-Way Travel Agency Inc.
DLG Engineering Ltd.
Dolphin International Travel
Dolce Vita Footwear, Inc.
Dominika Kostecki
Micheal Doneff
Dorfman Pacific
Kimberlie Douglas
DPHS Data Plus, Incorporated
Dr. Robin Inc.
DRT International
Dufferin Travel Inc.
Dungeon Gym
Lavinia Duncan
Yaquelin Duran
D.W. Uniforms, Inc.
Easy Corner Villa
Eagle Promotions
East Marsh Nursery, Inc.
Melinda Easley
Eastern Multi-Center
Eaton & Van Winkle LLP

Eberjay
Todd Eberstein
Eastern Caribben Elevator Ltd.
Douglas Eckel
Elizabeth Eckel
Liz Eckel
Marian Edgecumbe
Kate Edwards
Elan International
Elavon
Electrolyzer Corporation
Electec N.V.
David Bryan Jr.
Lionel Ellis
Elmoalis Ltd.
Environment One Corportation
Arleni Encarnacion
Engaging Concepts Inc.
Enshallah Ltd. Nyali Showroom
Epicurean Concepts
Equinox Travel, Inc.
Equipe Viaggi & Incentives
Eres
Essential Office Services
Estancia At Ridgeview Ranch
Eugenia Kim
Andrea Evans
Raphael Evans
Ever LLC
Raphael Evan
George Williams
Exodus Band
The Exodus Band
Expedia Inc
Keith Fabian
Fair Play Agencies Ltd.
Fantastic Charters
Fancy Flip Flop
Fanimation
Jessika Pauls
FC USA Inc.
FDL Investment (Zee Best)
Fedex Express Shipment
Bertrand Loic Ferie
Ferry Boat Inn
Feradows Farrah
Findings Los Angeles
Fischer Travel
The Fit Solution Inc
Astriz Fleming
Dave L. Fleming

Fernando Fleming
Junita Fleming
Marcia Duncan Fleming
Rafael Fleming
Shervin Fleming
Shedisa Fleming
Sulamita Fleming
Sylvia Fletcher
Theodosia Fleming - Gumbs
Yolanda Fleming
Flip Flop
Florida Power & Light Company
FMP
Food 95
Benjamin Forbes
Gina Forte
FPL
Franklin & Gower, LLC
Judith Franklin
The French Atelier Inc.
Freeman
Mark Frederickson
Matthew French
The French Studio
Frito Lay
Frosch Int. Travel Inc
Friendly Travel Inc.
Annie Fu
Funtime Boat Charters Anguilla
FWD Dance Group
Trevor Gabriel
Estella Gagliano
Garfield's Sea Tours Anguilla
Gate Operators
GB Express
Still water
Suzanna Geead
GE Infrastructure
Gem Exclusiv
Gem Tech Industries Ltd.
General Marine
Keith E. Geter
Gianpero Ceppaglia
Delano Glasgow
Global Industrial Equipment
Global Transportastion Group
GoConcierge.Net
Golden Travel Inc.
Gonzales Eduardo
Goorin Bros.
Gotcha! Garfield 's Sea Tours

Government Of Anguilla
Christopher Graves
Grainger
Granada Inc.
Grainger
Graham And Spencer
Grands Vin De France Ltd
Noureddine Salouane
Great Escapes Travel
Samantha Green
Green Toys Inc.
Grand Slam Agencies Pvt Ltd
GTS Corp.
Guest Mark International
Eustace Guishard
Guichard International EURL
Ambrose Gumbs
Amelia Gumbs
Gumbsie Car Rental & Vehicle
Corence Gumbs
Delacroix Gumbs
Delano Gumbs
Dwayne Gumbs
Evanson Gumbs
Rev. John A Gumbs
Justin Gumbs
Keith E Gumbs
Marah Gumbs
Rosina Gumbs
Rosemary Gumbs
Sherlon Gumbs
Silvernie Gumbs
Stanley Gumbs
Stephen Gumbs (DJ Sugar)
Violet Gumbs
Gypsy 05
Hachette Book Group
Hach Company
Brent Hall
Marilyn Halliday
Hallmark Quality Glass Shop
Christopher J. Hamad 11
S&G Hampton Sun LLC
Hand Kreation
Hampton Sun
Alastair Harrison
Ana Harrigan
Bibi Khan Harrigan
Carnicia Harrigan
Harper Collins Publishers
Corina Harrigan

Kareen Harrigan
Ladysarah Harmon
Maxine Simms Harrigan
Renuka Harrigan
Harney & Sons
Harry's Taxi & Tours
Teddy Harrigan
Todville Harrigan
Winifred Harrigan
Haskins Ltd
Hat Attack, Inc.
Azadeh Hawkins
Catalina Hawley
Hawkins International, Inc.
Stacey Hawkins
Stacey Hawkins
HD Enterprise
Anita Heathcote
Health Authority Of Anguilla
Heath & Hospitality Advisors
Hector Carrasco Muro
Hector Turf
Hedge Fund Club
Brian Hennis
Henry Hanger company Of Americ
Mark Henrichs
Myles Hendrik
Herban Essentials, Inc.
Heritage Food Service Equip
Yohanna Heredia
Dylon Heyliger
Highway Rent A Car
Highway Tire Center
Hodel Briggs Winter
Deren Hodge
Dorla Hodge
Glenroy Hodge
John Hodge
Keith Hodge
Kelvis Hodge
Kishma Hodge
Lowell Hodge
A. Nat Hodge
Rachosie Hodge
Sonia Hodge
Taffy Hodge
Viola Hodge
Wendy Hodge
Holland & Knight LLP
Holden Valley Travel Inc.
Marjorie Horsford

Horner Xpress
Hospitality eBusiness
Hotel Appraisals, LLC
House Of Travel Of Miami
H & R Car Rental
Nora Hueni
Patrick Huey
Bridgette Hughes
Chayne Hughes
Cheyan Hughes
Edward Hughes
Glenesha Hughes
Glenford Hughes
Ivins Hughes
Jamal Hughes
Judy Hughes
Landvol Hughes
Hughes Medical Centre
Preston Hughes
Eldon Hull
Eva Humphrey - Lake
Hummert International
Hunter Amenities Int.
Patterson Hunte
Maureen Hutchinson
Robert Isaac Hutchins
HVS Career Network
Iaffaldano, Shaw & Young LLP
I & A International
ICSS
Ideal Travel Group Inc.
IMN Solutions
Indigo Reef
Indagare Travel Inc.
Information Institute
International Hniohos Travel
Insight
Inter Caraibes Seafood
Intagio Corporation
Interior Gardens
Integrated Technology Services
Carl Irish
Scott Irwin
Island Car Rental
Island Cooling Ltd
Island Company
Island Destinations
Island Greens
Island Landscape Irrigation
Island Periodicals
Island Reps

Island Transport Service Ltd
Island Waterworld
ISM
Ivor & Carmen's Rental Service
Iwandai Gumbs (Up Beat Radio)
J&B Electronics
J&D Financial Corporation
Jacala Restaurant
JadEtribe
J.A.G Gumbs & Co.
James Perse
JB Events Productions & Rental
J & B Gases
JCM travel & Marketing Inc
JD Private Travel
Count Jeffery
Rudolph Jeffers
Agustina de Jesus
Jetset Magazine
Jim Exuisite Painting & Auto.
Rebecca Jimenez
Joanne Pagano Inc.
Will Joseph
Joe Blair Garden Supply, Inc
Johnno's Beach Bar
John Controls
Wakeland Johnson
Jorge Obed Espindola
Leslie Joseph
Jessie Rogers
JTC Customs
JTR Advance Security
J.W. Proctors
K & M Real Estate Development
Kathy Kaesmacher
Kai
Andrew Kamanga
Shan Kanagasingham
Kar's Services Ltd.
Courtney Katzenbach
Kayak.com
Keene Enterprises Ltd.
Keithley Lake & Associates
Leon Kelly
Anna Kennedy
John Khallenda
Mohan Khallenda
KHM Insurance
Kickoff USA Inc.
Kidz Kare
Suzi Joi Kiefer

Kilpatrick Irrigation & Land
Anshieleak King
Jill Kinney
Kevin King
Kimanie King
Tova King
Martin Kipping
Kiwi Collection Inc.
Sara Klinger
Kerry Knotts
Kayla Konz
Brad Korzen
Kor Hotel Management
Kor International Holdings Ltd
Korin Japanese Trading
KOR Hotel Management LLC
K-Swiss Sales Corp.
L3 Global Communications Inc.
LaForce & Steven
Albert Lake
Ardin Lake
Catherine Lake
Clement Lake
Eva D. Lake
Lake Forest Travel
Garvey Lake
Albert Lake
Santa Lake
Chrisanthi Lamboglo
L.A. Models
Danny Laud
Erick Laud
Laurie Hasson
La Vue
Daniel Lawerence
Leaders In Travel Ltd.
Yik Siang Leng
L'Ermitage Beverly Hills
Ashley Lester
Jean L'Etang
Corrine Lewis
Jaslyn Lewis
Yavier Lewis
Yu Hong Liang
Yo Hong Liang
Yu Hong Liang
Libra On Demand
Liberty Travel Inc.
Mariela Lico
Sharmin Liddie Burt
Ligature

Lightning Bolt USA
Light Source
LIHOTEC
Lisa Linden
Liquid Relations
LivePerson
Rev. Joseph Lloyd
Francisco Lopez
Micheal Lorenz
Lorraine Travel Bureau Inc.
Robert J Love
Luxe
Luxuryscapes C.A
LVS Golf Cart Parts
Ronald Lynch
Mervin Fleming
Mac Donna's
Lucien MacDonna
Miguel Madrigal
Maggie Muradian
Malliouhana Hotel
Malliouhana-Anico Insurance Co
Kelly Mallow
Olivier Malaussena
Malliouhan Travel & Tours
Mangos Restaurant
Jonathan Manhein
Map Travel
Mary Gold Jewelry Design, LLC
Market Metrix
Michael Martin
Marcia Moran
Pietro Marlin
Santa Martinez
Ysael Martinez
Master Connections
Nigel Mason
Viviane Masshardt
Coleen Bass Matthew
Matta NY
Max Priting Services Ltd.
Shaun McCrain
Mccabe World Travel Inc.
Khandi McDonna
Elaine McLean
MCCORD Travel Management Ltd
Jean-Pierre Meert
Melissa Joy Manning
Melissa Odabash
Alejandra Merigo
Beatrice Mercado

Merchant Market
Miguel Mercedes
Market Metrix
Microsoft and Center
Micros Fifelio Caribbean, Inc
Microsoft Corporation
Miel de Abejas
MIJNMAATSCHAPPIJ Curacao
Milliwik
Mills Baby World
Ministry of Agriculture
Mingz Bar & Restaurant
Minibar North America Inc
Mitch Lake
Model Citizen Studio
Mode Studio
Monastery Hill Bindery
Monrow
Moonstruck Charters
Kishma Moore
Clive Morancie
Iclima Morton
Kenia Morris
Michel Morton
Yolanda Morris
Mr. Cool
Mr. Electric
Management Technologies
Multiplus Services Ltd.
Velia Murphy
Dennis Mussington
Mystique Inc
Mytravel Canada Inc.
Nalco
Napa Auto Parts
Virgil Napier
National Bank Of Anguilla
National Oilwell Varco
N.C Wathey
Anne Mede
Neil George Hair Care
Theresa Neoh
Nespresso
Andreas Neverson
Neville Olton
Newmarket International Inc.
Nick Newell
Newspaper Direct
Aline Nickeo
Nitemara Growers Inc.
No Fear Two

John Noland
Amanda Nosal
Novel Communications Inc.
New York Times Digital
Ocean Air Travel Inc.
OceanFront Swimsuits, Inc.
Paul O'Dowd
Office World
Rachel Olesker
Richard Oliver
Omniture
Tajhira Omphroy
Onigo Imports
Optime Sarl
Orbitz Worldwide, LLC
Orduna Design
Original Impressions
Oscar Zurita
Declan Otto
Kizzie Otto
Ovation Travel Group
Oxman Associates International
Pacific Direct
Jackie Pacher
Packaging Services Corporation
Troy Pade
Paetec
Marcelino Paiz
Jarmal Pantophlet
Perla Pandy
Park Avenue Travel Inc
Paradise Cove Resort
Paradise Pools
Ezekiel Pascal
Passages LTD.
Pat-Ban Equipment
Monica Gaines
Lydia Paul
Mark Pavluvcik
PB Travel bv
PDG Supplies
Carshina Pemberton
Mac Pemberton
Perez Maldonnado SADE
Vidal Percival
Peters Agency
Edith Petty
Harvey Peters
John Petrelli
Ann Phelan
Matthew Philip

Yannick Pichevin
Franciso Pilier
Martina Pimentel
Astrid C. Pina Wilson
Pink House Imports
Pinnacle Travel Services, LLC
Jeffery Pirkl
Pitney Bowes
Planning Mode, LLC
PM Squared Tavel Inc.
Pool Tech
Power Travel International Inc
Celestine Pradel
Joseph Pradell
Severin Pradel
Precision Construction
Premier Taxi & Bike Rental
Prime Mechanical Services
PR Newswire Association LLC
Pro Building
Prominent Fluid Controls Inc.
Professional Courier Services
Professional Digital Services
Protravel International Inc.
Protravel. International Inc.
Protravel International
Irvin Proctor
Professional Photos Inc.
Progressive Plumbing Supplies
Promises Promises Inc
Protravel International Inc.
Purple
Purchase Power 111009
Purple Rose Florist Ltd.
Quality Plumbing Company Ltd.
Claris Queeley
Questex
Quintessentially-UK
Range Online Media
Raremedium Atlanta
Micheal Rauter
Ready Care Industries
Rebecca Norman Inc.
Redlion Dist.
Reeves Company
Reeves Company Inc.
Regional Elevator & Construct
George Reid
Reitschle Inc
Thomas Rekasis
Resort To The Best Inc.

William Restouex
Marcus Rettig
Retreats Resources
Rex Travel Organization Inc.
ReVerb
Eldon Rey
Jonathan Reynold
RHK Communications
Alwyn Richardson
Anita Richardson
Aristo Richardson
Carey Richardson
Charnissa Richardson
Richard Connor
Cordell Richardson
Cristina Richardson
Dahlia Richardson
David Richardson
Derrys Richardson
Desmond Richardson
Edgar Richardson
Fanny Richardson
Gerry Richardson
Corinne Richardson
Jomo Richardson
Wycliffe Richardson
Jeremi Richardson
Jomo Richardson
Keith Richardson
Kelvin Richardson
Kenroy Richardson
Kenneth Richardson
Ricketts & Associates
Kevin Richardson
Kirthly Richardson
Richard Lao
Leroy Richardson
Marina Richardson
Mary A. Richardson
Mervin Richardson
Olga Richardson
Philomen Richardson
Rashaan Richardson
Raphel Carty Richardson
Richardson Car Rental Agency
Ronni Richardson
Ruthel Richardson
Sandra Richardson
Sujeiry Richardson
Tanya Richardson
Tonia Richardson

Trevor Richardson
Victor Richardson
Wayne Richardson
Yanury Richardson
Olivet Riley
Ripples Limted
Delkis Rivas
RK Consulting Services Inc.
Andrea Robinson
Murray Robertson
Robyn Potter Travel
Yvonee Robinson
Jose Manual Rodriquez
Jose Rodriguez
Pedro Difo Rodriguez
Dale Rogers
Jane Rogers
Rebecca Rogers-Ahir
Stanley Rogers
Vaughn Rogers
Juliana Roman
Elvin Romney
Glenford Romney
Juliana Romney
Makoy Romney
Morette Romney
Nelson Romney
Ron's Sign Shop
Carlos Ross
Rosina Gumbs
Jacinto Rosario
Donat Ruan
Eddie Ruan
Ileana Ruan
Jackie Ruan
Rollin Ruan
Sheila Ruan
Rudi Steele Travel Inc.
Runtriz
Glenn Ryan
Steve Ryan
Sabre Hospitality Solutions
Safe Cargo Services (AXA)
Salto Sysyems Inc
Alex Samek
Nelzine R Samuel
Sanders Travel Centre LLC
San Diego Hat
Sandy Island
Juana Santana
Sanphers Trading & Industry Lt

Beuvita Sargeant
Sara Happ Inc.
Mark Sawkins
Cory Schisler
Michael Schukar
S.C.M Inc
Giavanni Scott
Scott Travel Inc.
Daniel Sculnick
SeaFoods.com
Seasons In Style
Eugene See
Tony Selveraj
Select Travel AB
Peron Sepersaud
Servidyne Systems LLC
SFERRA BROS
Sheraton Delfina Santa Monica
Sheriva (Sheriton Estates)
Shoal Bay Scuba (Karma Charter
Haitham Shoukry
Show Insurances, Inc.
Shopust
Signature Travel Network
Simply Natural
Travis Simpson
SkyViews
Slim Inc.
Smart Flyer
Joyce Smith
Roan Smith
Roger Smith
Smith Travel Research
Vern Smith
Smokey's
Social Security Board Anguilla
SOL Anguilla
Son Of John
Pattama Songsakuldecha
South American Lumber
Stephen Sowards
Spenceley Office Equipment
Darryl Sponsper
Sportsman Travel Inc
Spring Path Development
Spyglass Hill Villa AXA
Square Mile
David Starr
Stan & Sons
Aaron Stel
Daniel Stevens

Fabrice Stevens
Kate Steffey
Stephen Young Zodax
StillWater Interactive
STP Consulting Negoce Ltd
Strategic Partners M&I, LLC
Strong Travel Services
Yvette Stubbs
Guoqiang Su
Sulzer Process Pumps
Summer Set Car Rental
Sunbird Cruise & Travel Corp
Sun Eel Pharmacy
Superior Sanitary Supplies
Suspended Stages
Geraldine Sutton
St. Maarten Electric Center
Syndicate NY, LLC
Synter Resource Group, LLC
Synxis
Tablet Inc.
Tackle Box Sport Center Ltd
TAC Informationtechnologie
Tampa Armature
Tannasia Thomas
Tatcha
Terence Fleming & The Suddens
Arlene Teixeira
Rebecca Templeman
The Accomplished Traveler
The Andean Collection
The Press Cabinet, Inc.
The Fitness Center Ltd.
The French Atelier Inc.
The Journey Group
The New Act Inc.
Alberto Provence
The Strausberg Group Inc
The Tides South Beach
The Travel Collection
The Tides Riviera Maya
The University Of The West Ind
The Wedding Salon
Coleen Thompson
Oilver Thomas
Tanassia Thomas
Jan Tibaldi
The Tides Riviera Maya
Tired Of Being Tired
Titanium Sounds
T. Lanston Connor

T Mobile
Toms
Toney Drilling Supplies Inc.
Jack Top Choice
Leroy Toussaint
The Travel 100 Group Inc.
KHM - Travel Advance
Trans Anguilla Airways
Travel Artistry LLC
Travac Business Travel AG
Travelocity.Com L.P.
Travel Experts
Travel Impressions
Travizon Inc.
Tranquility Jazz Festival
McMillan Thomas
Travel Pros Inc.
Travel Sensations Downtown Inc
TravelSmiths Inc.
TravelClick
Travel World Inc.
Travel Yesterday Inc.
Tropical Treats
Trebor USA Corp.
Trip Away Travel Inc.
Triple K Car Rental
Tirsh South Management
Tropical Distributors Co. Ltd.
Brenda Tscharner
TUI Deutschland GmbH
Stedman Tuitt
Turnstyle Marketing
Twist Band
Two's Company Inc.
Jessica Tyler Baraton
Tzell Travel L.L.C.
Tzell Travel Group
Ultimate DVD's Plus
Ultramar Travel Bureau Inc.
Un Amore Cafe
Universal Companies Inc
United Electric
Unite Marketing & Promotions
Uniglobe Travel USA LLC
Universal Travel Service
UNUM Life Insurance
USA Bluebook #19
Vagabond Travel Agency
Valv's Catering
Valerie Wilson Travel Inc.
Koen Vanderstraeten

Lenox Vanderpool
Vanterpool Services
Vegas Doorstops Industries Inc
Velvet
Viceroy Anguilla Ltd.
Viceroy International Holding
Viceroy Hotel Group
Viceroy Miami
Viceroy Santa Monica Hotel
Viceroy Snowmass Hotel
Vigilant Divers
Villas Of Destination
Villa Nirvana
Vision 2000 Travel Mngmt
Vitamin A Enterprises, Inc.
Didier Van Vlamertynghe
VOLUSPA
Vortex Lighting
Charles Voudouris
Vision Service Plan-(CA)
VST Travel Enterprises Inc.
Washington Crossing Travel Inc
Kelbert Walters
Dilushka Wanigatunga
Klynelle William
Warrington Travel Agency
WasteTech Ltd.
Adeshayne Watty
Akima Wattley
Christina Watkinson
Water Corporation Of Anguilla
Wayland Travel
Kelly Wearstler
Atil Webster
Jason Webster
Juan Ruan Webster
Maclean Webster
Mae Webster
Patrick Webster
Ross Webster
Roy Webster
Shavern Webster

Terrence Webster
Tom Webster
Valarie Webster
Wendy Webster
Wedding Style
Judi-Ann Welsh
WeServU Ltd
Holis Wharton
Stephanie Wheatley
Where Ever Travel Inc.
Deloris Williams
Denise Wilder
Denzil Williams
Doian Wiltshire
Edailia Williams
Edilia Williams
Georges Williams
Willis Ins. Svcs. California,
Kevin King Wilkerson
Lyndonna Burnette Will
Michelle Wilson
Willis Risk & Insurance Svcs
Sherran Williams
Wilhelmina West Inc
Winebow
Wines Etc.
Woodsrite Enterprises
World Choice Travel
World Products & Services
Worldwide Products & Services
W.V.T. Inc.
Chetera Wyrick
Xaro N.V
Carolyn Yard
Juan Karlo Yeh Castillo
Antonio Alsima Yle
York Latin American Operations
Your Travel Partners Inc.
Phillip Yu
Zimzala Hair Salon & Boutique
Zodax
Zyraiah's Pest Control

# **Schedule 2**

## **Connections Check**

| ENTITY/INDIVIDUAL NAME | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO BROWN RUDNICK LLP |
|---|---|---|
| Ace Hardware | Vendors | May be adverse to other Clients[2] in an unrelated litigation matter |
| ADP National Account Services | Vendors | Affiliate may be adverse to other Clients in unrelated litigation. |
| ADP, Inc. | Vendors | Affiliate may be adverse to other Clients in unrelated litigation. |
| Aetna Life & Casualty Bermuda | Vendors | Affiliate of Client and former Clients in unrelated matters including those where Brown Rudnick represents an official committee. |
| Aetna's Administrative System | Vendors | Affiliate of Client and former Clients in unrelated matters including those where Brown Rudnick represents an official committee. |
| American Airlines Publishing | Vendors | Affiliate is a former Client and may be adverse to other Clients in an unrelated bankruptcy matter |
| American Express | Vendors | Affiliate is a former Client and may be adverse to other Clients in unrelated matters including those where Brown Rudnick represented official committees. |
| American Express Europe LTD | Vendors | Affiliate is a former Client and may be adverse to other Clients in unrelated matters including those where Brown Rudnick represented official committees. |
| American Express International | Vendors | Affiliate is a former Client and may be adverse to other Clients in unrelated matters including those where Brown Rudnick represented official committees. |
| American Express Travel | Vendors | American Express Travel Related Services Co is a former Client and may be adverse to other Clients in litigation and unrelated bankruptcy matters including those where Brown Rudnick represents an official committee. Affiliate is a former Client and may be adverse to other Clients in unrelated matters including those where Brown Rudnick represented official committees. |
| American Express Travel Related | Vendors | American Express Travel Related Services Co is a former Client and may be adverse to other Clients in litigation and unrelated bankruptcy matters including those where Brown Rudnick represents an official committee. Affiliate is a former Client and |

---

[2] "Client" means a party for whom Brown Rudnick has done work since March 1, 2008. Brown Rudnick may not, at the present time, have active matters for any such party.

| ENTITY/INDIVIDUAL NAME | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO BROWN RUDNICK LLP |
|---|---|---|
| | | may be adverse to other Clients in unrelated matters including those where Brown Rudnick represented official committees. |
| Anthem Blue Cross | Vendors | Anthem Blue Cross Foundation of Connecticut is a Client in an unrelated matter. Affiliates may be adverse to other Clients in an unrelated litigation matter and also Clients or former Clients in unrelated matters including one in which Brown Rudnick represents an official committee. |
| Anthony D. Autorino | Purchase and Sale Agreement Counterparties | Client contact for Clients and former Clients in unrelated matters. |
| AVID | Vendors | AVID Technology, Inc. is a Client in an unrelated matter. |
| Bank Of America Leasing | Vendors | Bank of America Leasing & Capital, LLC and affiliates are former Clients in unrelated matters. Bank of America and affiliates may be adverse to other Clients in other unrelated matters including those where Brown Rudnick represents official committees. |
| Blue Cross Blue Shield | Vendors | Blue Cross Blue Shield Association, Blue Cross Blue Shield of Oklahoma and Blue Cross Blue Shield of South Carolina are Clients and affiliates are former Clients. Affiliates may be adverse to other Clients in other unrelated matters including those in which Brown Rudnick represents official committees. |
| Citibank | Banks | Citibank and affiliates are adverse to other Clients in unrelated matters including those in which Brown Rudnick represents official committees. |
| Conde' Nast Publications | Vendors | May be adverse to other Clients in an unrelated litigation matter. |
| DHL Express | Vendors | Affiliate may be adverse to other Clients in unrelated matters. |
| DLA Piper LLP | Professionals | A lateral hire was formerly employed at DLA Piper LLP, however, he did not work on any matters related to Starwood Capital Group or matters related to the Debtors. |
| East West Bank | Banks | May be adverse to other Clients in unrelated matters. |
| Expedia Inc | Vendors | Former Client in an unrelated matter and may be adverse to other Clients in unrelated litigation. |
| Fedex Express Shipment | Vendors | Affiliate is a Client in unrelated litigation |

| ENTITY/INDIVIDUAL NAME | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO BROWN RUDNICK LLP |
|---|---|---|
| | | and bankruptcy matters including those where Brown Rudnick represented official committees . |
| GE Infrastructure | Vendors | Affiliates may be adverse to Clients in unrelated matters including unrelated bankruptcies where Brown Rudnick represents official committees. |
| John Fitzgerald | Purchase and Sale Agreement Counterparties | A "John G. Fitzgerald" is a former Client of the Firm. |
| L3 Global Communications Inc. | Vendors | Affiliates are Clients; may be adverse to Clients in unrelated matters. |
| Lubert-Adler Real Estate Fund IV, LP | Shareholders of Barnes Bay Development, Ltd. | Affiliates may be adverse to Clients in unrelated matters |
| Malliouhana Hotel | Vendors | Affiliates may be adverse to Clients in unrelated matters |
| Melissa Odabash | Vendors | May be a Client of the Firm. |
| Michael Martin | Vendors | May be a former Client of the Firm. |
| Nalco | Vendors | May be adverse to Clients in unrelated bankruptcy matter where Brown Rudnick represents an official committee. |
| Napa Auto Parts | Vendors | Napa Auto Parts and affiliates may be adverse to Clients in unrelated matters. |
| Passages LTD. | Vendors | Affiliate may be adverse to Clients in unrelated bankruptcy matters including those where Brown Rudnick represents an official committee. |
| Pitney Bowes | Vendors | Affiliates may be adverse to other Clients in unrelated matters including those where Brown Rudnick represents an official committee. |
| Purchase Power 111009 | Vendors | Purchase Power may be adverse to other Clients in unrelated bankruptcy matters including those where Brown Rudnick represents an official committee. |
| Square Mile | Vendors | Affiliate may be adverse to Clients in unrelated matters. |
| Starwood Capital Group | Lender | Starwood Capital Group and affiliates may be adverse to other Clients in unrelated matters. |
| T Mobile | Vendors | T Mobile and affiliates are Clients in unrelated matters and may be adverse to other Clients in unrelated matters. |
| Travelocity.Com L.P. | Vendors | Travelocity is a member of an association which Brown Rudnick represents in unrelated matters. |
| UNUM Life Insurance | Vendors | Affiliate is a Client in unrelated matters and |

| ENTITY/INDIVIDUAL NAME | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO BROWN RUDNICK LLP |
|---|---|---|
| | | other affiliates may be adverse to Clients in unrelated matters. |
| Zolfo Cooper Management, LLC | Proposed CRO and management services provider to the debtors | Brown Rudnick, in its capacity as counsel to an ad hoc consortium of claim holders of Lehman Brothers Special Financing Inc., retained Zolfo Cooper, LLC as its financial advisor in the bankruptcy cases of Lehman Brothers Holdings, Inc., *et al*. |