# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Barnes Bay Development Ltd., *et al.*, | Case No. 11-10792 (PJW) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9010(B)

PLEASE TAKE NOTICE that Martin J. Weis, Anne Marie P. Kelley and Scott J. Freedman of Dilworth Paxson LLP hereby enter their appearance on behalf of IMI Resort Sales, LLC and certain of its affiliates including IMI Resort Marketing, LLC, IMI Resort Properties, LLC and IMI Caribbean Properties, Inc. (collectively, "IMI"), creditors and parties-in-interest in the above-captioned bankruptcy cases pursuant to Bankruptcy Rule 9010(b), and request copies of all notices and pleadings filed herein or in any related proceedings including notices provided pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a).

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses all notices, motions, complaints, answers, applications and orders, whether formal or informal, written or oral, and/or transmitted or conveyed by mail, hand delivery, telephone, telefax, telecopy and/or any other means. All such notices and pleadings should be sent to:

Scott J. Freedman
Dilworth Paxson LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 675-1862
*sfreedman@dilworthlaw.com*

7241093_1

PLEASE TAKE FURTHER NOTICE that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, IMI is not waiving and hereby expressly preserves the right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

Respectfully submitted,

Dated: April 28, 2011

DILWORTH PAXSON LLP

By: /s/ Martin J. Weis
    Martin J. Weis (#4333)
    One Customs House – Suite 500
    704 King Street
    P.O. Box 1031
    Wilmington, Delaware 19801
    Telephone: (302) 571-9800
    Facsimile: (302) 571-8875

and

    Anne Marie P. Kelley
    Scott J. Freedman
    LivertyView – Suite 700
    457 Haddonfield Road
    Cherry Hill, New Jersey 08002
    Telephone: (856) 675-1962
    Facsimile: (856) 675-1862

*Attorneys for IMI Resort Sales, LLC, et al.*