IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Barnes Bay Development, Ltd., *et al.* | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Case No. 11-10792 (PJW) |
| | ) |
| | ) **Dkt Ref: 15 and 38, 309** |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Court, having held a hearing (the "Hearing") with respect to the Debtors' Motion for an Order (A) Approving Procedures for the Auction and Sale of the Debtors' Assets and the Assumption Of Certain Executory Contracts and Unexpired Leases and (B) Authorizing the Sale of Such Assets Pursuant to the Terms and Conditions of Sale and the Assumption of Such Executory Contracts and Unexpired Leases [D.I. 15] (the "Motion"), and having heard and considered the objection filed by RJR Viceroy, Ltd. ("RJR"), and the responses and joinders filed by Mark Frederickson ("Fredrickson"), Grant Gibson ("Gibson") and Kim Evans ("Evans" and, together with RJR, Fredrickson and Gibson, the "Objectors"), and arguments of counsel, and for the reasons stated on the record at the Hearing, the Court hereby orders as follows:

1. The Objectors are granted relief from the automatic stay to pursue whatever rights they believe they have in their respective units in the Anguillan court.

2. This Order shall be immediately effective and the stay ordinarily imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

IT IS SO ORDERED this 24 day of May, 2011.

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

3202277