UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
Barnes Bay Development Ltd., *et al.*[1]        :   Case No. 11-10792 (PJW)
                                                :
                   Debtors.                     :
---------------------------------------------------------------x

## AMENDED[2] NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JUNE 14, 2011 AT 9:30 A.M. (EDT)[3]

**I.    CONTINUED/RESOLVED MATTERS:**

1.  Supplemental Motion for Authority to Pay Pre-Petition Claims of Critical Vendors and Approval of Procedures Related Thereto [Docket No. 54 - filed March 28, 2011]

    Objection/Response Deadline: April 5, 2011 at 4:00 p.m. (EDT); extended until April 14, 2011 at 3:00 p.m. (EDT); further extended until April 29, 2011 at 10:00 a.m. (EDT); further extended until May 9, 2011 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors; further extended to a date to be determined for the Official Committee of Unsecured Creditors

    Related Documents:

    i.   Motion for Authority to Pay Pre-Petition Claims of Critical Vendors and Approval of Procedures Related Thereto [Docket No. 16 - filed March 17, 2011]

    ii.  Order Granting Debtors' Motion for Authority to Pay Pre-Petition Claims of Critical Vendors and Approval of Procedures Related Thereto [Docket No. 33 - filed March 21, 2011]

    iii. Notice of Withdrawal of Motion [Docket No. 356 - filed June 10, 2011]

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, L.P. (xx-xxx9891), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development Ltd. Barnes Bay Development Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the June 14, 2011 hearing must contact CourtCall, LLC via telephone (866-582-6878) or via facsimile (866-533-2946) **prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Wednesday, June 13, 2011** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Objections/Responses Received: None to date.

Status: On June 10, 2011 the Debtors filed a notice of withdrawal concerning this matter. Accordingly, no hearing is necessary.

2. Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) [Docket No. 107 - filed April 13, 2011]

Objection/Response Deadline: April 26, 2011 at 4:00 p.m. (EDT); extended until May 2, 2011 at 4:00 p.m. (EDT) for the Debtors

Related Documents:

i. Motion to Shorten Notice and Schedule an Expedited Scheduling Conference on the Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) [Docket No. 108 - filed April 13, 2011]

ii. Order Granting Motion to Shorten Notice and Schedule an Expedited Scheduling Conference on the Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) [Docket No. 126 - filed April 13, 2011]

iii. Amended Notice of Hearing on the Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a) (2) [Docket No. 184 – filed April 27, 2011]

iv. Debtors' and Starwood Capitals' Joint Index of Exhibits in Opposition to the Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee [Docket No. 239 – filed May 5, 2011]

v. The Official Committee of Unsecured Creditors' Supplemented List of Trial Exhibits [Docket No. 242 – filed May 5, 2011]

Objections/Responses Received:

A. Objection of SOF-VIII Hotel II Anguilla Holdings, L.L.C. to Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) [Docket No. 206 - filed May 2, 2011]

B. Debtors' Objection to Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee Pursuant to §§ 1104(a)(1) and 1104(a)(2) [Docket No. 209 - filed May 2, 2011]

Status: This matter is continued to the omnibus hearing scheduled for July 19, 2011 at 9:30 a.m. (EDT).

3. Motion of the Official Committee of Unsecured Creditors to Reconsider the Order (I) Authorizing the Sale of Residential Properties and (II) Authorizing Satisfaction of Certain Prepetition Obligations in Connection with Such Sales Pursuant to Local Rule 9013-1(m)(v) of the United States Bankruptcy Court for the District of Delaware [Docket No. 159 - filed April 20, 2011]

   Objection/Response Deadline: May 6, 2011 at 4:00 p.m. (EDT); extended to June 7, 2011 at 4:00 p.m. (EDT) for the Debtors

   Related Documents:

   i. Joinder of IMI Resort Sales, LLC, et al. to Motion of the Official Committee of Unsecured Creditors to Reconsider Order (I) Authorizing the Sale of Residential Properties and (II) Authorizing Satisfaction of Certain Prepetition Obligations in Connection with Such Sales [Docket No. 245 – filed May 6, 2011]

   Objections/Responses Received: None to date.

   Status: This matter is continued to the omnibus hearing scheduled for July 19, 2011 at 9:30 a.m. (EDT).

4. Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan [Docket No. 191 - filed April 28, 2011]

   Objection/Response Deadline: May 6, 2011 at 4:00 p.m. (EDT); extended until May 9, 2011 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors; further extended to a date to be determined for the Official Committee of Unsecured Creditors

   Related Documents:

   i. Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation [Docket No. 62 – filed April 1, 2011]

   ii. Notice of Hearing to Consider Approval of Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation [Docket No. 63 – filed April 1, 2011]

   iii. Disclosure Statement in Support of First Amended Joint Chapter 11 Plan of Liquidation [Docket No. 194 – filed April 29, 2011]

   Objections/Responses Received:

   A. Objection of IMI Resort Sales, LLC, et al. to Adequacy of the Disclosure Statement in Support of First Amended Joint Chapter 11 Plan of Liquidation [Docket No. 246 – filed May 6, 2011]

B. Objection of Exclusive Resorts Real Estate Holdings II, LLC to the Debtors' Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation and Motion Seeking Approval of Disclosure Statement and Solicitation Procedures [Docket No. 247 – filed May 6, 2011]

C. Anguilla Re, LLC's: (A) Objection to the Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan; and (B) Joinder in the Objection of Exclusive Resorts Real Estate Holdings II, LLC to the Debtors' Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation and Motion Seeking Approval of Disclosure Statement and Solicitation Procedures [Docket No. 267 – filed May 12, 2011]

Status: The hearing on this matter is continued to a date to be determined.

5. Official Committee of Unsecured Creditors' Motion for Determination of Certain Privilege Claims Under Protective Order and to Require Submission of Subject Documents to the Court for Confidential in Camera Review in Connection Therewith [Docket No. 196 – filed April 29, 2011]

Objection/Response Deadline:

Related Documents:

i. Emergency Motion of the Official Committee of Unsecured Creditors for Order Expediting Consideration of the Official Committee of Unsecured Creditors' Motion for Determination of Certain Privilege Claims Under Protective Order and to Require Submission of Subject Documents to the Court for Confidential in Camera Review in Connection Therewith [Docket No. 197 - filed April 29, 2011]

ii. Notice of Modification to Relief Requested in Emergency Motion of the Official Committee of Unsecured Creditors for Order Expediting Consideration of the Official Committee of Unsecured Creditors' Motion for Determination of Certain Privilege Claims Under Protective Order and to Require Submission of Subject Documents to the Court for Confidential in Camera Review in Connection Therewith [Docket No. 205 – filed May 2, 2011]

iii. Motion for Order Authorizing Filing Under Seal of Exhibits B and E to the Official Committee of Unsecured Creditors' Motion for Determination of Certain Privilege Claims Under Protective Order and to Require Submission of Subject Documents to the Court for Confidential in Camera Review in Connection Therewith [Docket No. 214 – filed May 2, 2011]

Objections/Responses Received:

- A. Response of SOF-VIII-Hotel II Anguilla Holdings, LLC to Motion of the Official Committee of Unsecured Creditors for Determination of Certain Privilege Claims Under Protective Order and to Require Submission of Subject Documents to the Court for Confidential in Camera Review in Connection Therewith [Docket No. 200 – filed May 2, 2011]

Status: This matter is continued to the omnibus hearing scheduled for July 19, 2011 at 9:30 a.m. (EDT).

6. Complaint [Docket No. 204; Adv. Pro. Case No. 11-51881; Adv. Pro. Dkt. No. 1 - filed May 2, 2011]

Objection/Response Deadline: June 8, 2011 at 4:00 p.m. (EDT)

Related Documents:

- i. Motion of the Official Committee of Unsecured Creditors of the Debtors for a Temporary Restraining Order and Preliminary Injunction Enjoining Defendants from Closing on Sales of Units to Deposit Creditors and From Any Present or Future Improper Solicitation of Deposit Creditors [Adv. Pro. Dkt. No. 2 – filed May 2, 2011]

- ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Pro. Dkt. No. 3 – filed May 2, 2011]

- iii. Certification of Counsel Regarding Motion of the Official Committee of Unsecured Creditors of the Debtors for a Temporary Restraining Order and Preliminary Injunction Enjoining Defendants from Closing on Sales of Units to Deposit Creditors and From Any Present or Future Improper Solicitation of Deposit Creditors [Adv. Pro. Dkt. No. 6 – filed May 5, 2011]

- iv. Order Denying Request for Temporary Restraining Order [Adv. Pro. Dkt. No. 7 – filed May 11, 2011]

- v. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Pro. Dkt. No. 10 – filed May 24, 2011]

- vi. Notice of Appeal of the Order Denying Request for Temporary Restraining Order, Dated May 11, 2011 [Adv. Pro. Dkt. No. 11 – filed May 25, 2011]

- vii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Pro. Dkt. No. 14 – filed May 25, 2011]

- viii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Pro. Dkt. No. 16 – filed May 26, 2011]

RLF1 4068683v. 1

ix. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Pro. Dkt. No. 17 – filed May 27, 2011]

x. Clerk's Notice Regarding Filing of Appeal [Adv. Pro. Dkt. No. 18 – filed May 27, 2011]

xi. Certification of Counsel Regarding Stipulation Extending Deadline to Respond to Complaint for Declaratory and Injunctive Relief [Docket No. 335; Adv. Pro. Case No. 11-51881; Adv. Pro. Dkt. No. 20 - filed June 1, 2011]

xii. Order Approving Stipulation Extending Deadline to Respond to Complaint for Declaratory and Injunctive Relief [Docket No. 336 – filed June 2, 2011]

xiii. Certification of Counsel Regarding Stipulation Extending Fed. R. Bankr. P. 8006 Deadlines, Adjourning Pre-Trial Conference and Extending Answer Deadline [Adv. Pro. Dkt. No. 23 - filed June 7, 2011]

Objections/Responses Received: None to date.

Status: The pretrial conference is continued to the omnibus hearing scheduled for July 19, 2011 at 9:30 a.m. (EDT).

## II. MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

7. Omnibus Motion to Assume Certain Unexpired Construction Contracts [Docket No. 137 - filed April 15, 2011]

   Objection/Response Deadline: April 26, 2011 at 4:00 p.m. (EDT); extended until May 9, 2011 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors; further extended to June 7, 2011 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

   Related Documents:

   i. Certification of No Objection Regarding Omnibus Motion to Assume Certain Unexpired Construction Contracts [Docket No. 357 - filed June 10, 2011]

   Objections/Responses Received: None to date.

   Status: On June 10, 2011, the Debtors filed a certification of no objection concerning this matter. However, the Debtors request that Court not enter an order with respect to this matter until conclusion of the omnibus hearing scheduled for June 14, 2011 at 9:30 a.m. (EDT).

8. Motion for Authorization to Employ and Compensate Certain Professionals in the Ordinary Course of Business [Docket No. 192 - filed April 28, 2011]

6

Objection/Response Deadline: May 6, 2011 at 4:00 p.m. (EDT); extended to June 7, 2011 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:

i. Certification of No Objection Regarding Motion for Authorization to Employ and Compensate Certain Professionals in the Ordinary Course of Business [Docket No. 358 - filed June 10, 2011]

Objections/Responses Received: None to date.

Status: On June 10, 2011, the Debtors filed a certification of no objection concerning this matter. However, the Debtors request that Court not enter an order with respect to this matter until conclusion of the omnibus hearing scheduled for June 14, 2011 at 9:30 a.m. (EDT).

9. Motion of Elliot Eichner and David Sonnenblick for Entry of an Order Deeming Their Proof of Claim Timely Filed [Docket No. 319 - filed May 27, 2011]

Objection/Response Deadline: June 7, 2011 at 4:00 p.m. (EDT)

Related Documents:

i. Certification of No Objection Regarding Motion of Elliot Eichner and David Sonnenblick for Entry of an Order Deeming Their Proof of Claim Timely Filed [Docket No. 354 - filed June 9, 2011]

ii. Proposed Order

Objections/Responses Received: None to date.

Status: On June 9, 2011, counsel to Elliot Eichner and David Sonnenblick filed a certification of no objection concerning this matter. Accordingly, a hearing is necessary only to the extent the court has questions or concerns.

### III. MATTERS GOING FORWARD:

10. Motion for Interim and Final Orders (A) Authorizing Debtors to Obtain Postpetition Financing and to Use Cash Collateral; (B) Granting Liens and Providing Super Priority Claims; (C) Granting Adequate Protection to Prepetition Secured Parties; and (D) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [Docket No. 9 - filed March 17, 2011]

Objection/Response Deadline: April 5, 2011 at 4:00 p.m. (EDT); extended until April 28, 2011 at 5:00 p.m. (EDT); further extended until May 9, 2011 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors; further extended to June 7, 2011 at

4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:

i. Interim Order (A) Authorizing Debtors (i) to Obtain Postpetition Financing and (ii) to Utilize Cash Collateral; (B) Granting Liens and Providing Super Priority Claims; (C) Granting Adequate Protection to Pre-Petition Secured Parties; and (D) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [Docket No. 32 - filed March 21, 2011]

ii. Notice of Entry of Interim Order (A) Authorizing Debtors (i) to Obtain Postpetition Financing and (ii) to Utilize Cash Collateral; (B) Granting Liens and Providing Super Priority Claims; (C) Granting Adequate Protection to Pre-Petition Secured Parties; and (D) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [Docket No. 40 - filed March 22, 2011]

Objections/Responses Received:

A. Limited Objection of Exclusive Resorts Real Estate Holdings II, LLC to Motion for Order, Inter Alia, Authorizing Debtors to Obtain Postpetition Financing and to Use Case Collateral and Granting Liens and Providing Super Priority Claims [Docket No. 72 – filed April 5, 2011]

Status: The hearing on this matter will go forward.

11. Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay [Docket No. 326 – filed May 31, 2011]

Objection/Response Deadline: June 8, 2011 at 4:00 p.m. (EDT)

Related Documents:

i. Debtors' Motion to Shorten Notice and Objection Periods for the Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay [Docket No. 327 – filed May 31, 2011]

ii. Order Granting Debtors' Motion to Shorten Notice and Objection Periods for the Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay [Docket No. 330 – filed June 1, 2011]

iii. Joinder of SOF-VIII-Hotel II Holdings, L.L.C. to Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay [Docket No. 337 – filed June 2, 2011]

Objections/Responses Received:

A. Response of RJR Viceroy, Ltd. to Debtors' Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay [Docket No. 347 – filed June 8, 2011]

B. Objection of Grant Gibson, Kim Evans, and Mark Frederickson to Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay and Joinder Therein [Docket No. 348 – filed June 8, 2011]

C. **Supplemental Response of RJR Viceroy, Ltd. to Debtors' Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay [Docket No. 373 – filed June 13, 2011]**

D. **Joinder of Grant Gibson, Kim Evans, and Mark Frederickson in the Supplemental Response of RJR Viceroy, Ltd. to Debtors' Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay [Docket No. 375 – filed June 13, 2011]**

Status: The hearing on this matter will go forward.

12. Second Motion for Authority to Pay Pre-Petition Claims of Critical Vendors and Approval of Procedures Related Thereto [Docket No. 328 - filed May 31, 2011]

Objection/Response Deadline: June 8, 2011 at 4:00 p.m. (EDT)

Related Documents:

i. Debtors' Motion to Shorten Notice and Objection Periods for Second Motion for Authority to Pay Pre-Petition Claims of Critical Vendors and Approval of Procedures Related Thereto [Docket No. 329 – filed May 31, 2011]

ii. Order Granting Debtors' Motion to Shorten Notice and Objection Periods for Second Motion for Authority to Pay Pre-Petition Claims of Critical Vendors and Approval of Procedures Related Thereto [Docket No. 331 – filed June 1, 2011]

Objections/Responses Received: None to date.

Status: The hearing on this matter will go forward.

Dated: June 13, 2011
Wilmington, Delaware

By: /s/ T-McR

Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7700
Facsimile 302.651.7701

-and-

Charles R. Gibbs (admitted *pro hac vice*)
Michael P. Cooley (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**