

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                 :   Chapter 11

                                        :

Barnes Bay Development Ltd., *et al.*[1]      :   Case No. 11-10792 (PJW)

                                        :

                 Debtors.          :   **Re: Docket Nos. 314 and 326**

-------------------------------------------------------------x

## ORDER GRANTING MOTION TO ALTER OR AMEND THE COURT'S
## MAY 24, 2011 ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter coming before the Court on the *Motion to Alter or Amend the Court's May 24, 2011 Order Granting Relief from the Automatic Stay* (the "*Motion*"),[2] filed by the above-captioned debtors and debtors in possession; the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and after due deliberation; IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     Paragraph 1 of the Court's *Order Granting Relief from the Automatic Stay* [Docket No. 314] is hereby amended to read as follows:

> The Objectors are granted relief from the automatic stay for the limited purpose of seeking a declaratory judgment in Anguilla as to

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, L.P. (xx-xxx9891), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development Ltd. Barnes Bay Development Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

the validity, priority and extent of their interests, if any, in their respective units.

3. The Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: June 1 4 2011
       Wilmington, Delaware

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

RLF1 4053581v. 1