IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
Barnes Bay Development Ltd., et al.[1]          :    Case No. 11-10792 (PJW)
                                                :
            Debtors.                            :
---------------------------------------------------------------x

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 30, 2011 AT 10:30 A.M. (EDT)[3]

I.  **MATTER GOING FORWARD:**

1.  Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan [Docket No. 191 - filed April 28, 2011]

    Objection/Response Deadline: May 6, 2011 at 4:00 p.m. (EDT); extended until May 9, 2011 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors; further extended June 23, 2011 at 4:00 p.m. (EDT)

    Related Documents:

    i.   Joint Chapter 11 Plan of Liquidation [Docket No. 61 – filed April 1, 2011]

    ii.  Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation [Docket No. 62 – filed April 1, 2011]

    iii. Notice of Hearing to Consider Approval of Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation [Docket No. 63 – filed April 1, 2011]

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, L.P. (xx-xxx9891), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development Ltd. Barnes Bay Development Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the June 30, 2011 hearing must contact CourtCall, LLC via telephone (866-582-6878) or via facsimile (866-533-2946) prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Wednesday, June 29, 2011 in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

iv. First Amended Joint Chapter 11 Plan of Liquidation [Docket No. 148 – filed April 18, 2011]

v. Notice of Filing of Corrected Blackline of First Amended Joint Chapter 11 Plan of Liquidation [Docket No. 160 – filed April 21, 2011]

vi. Disclosure Statement in Support of First Amended Joint Chapter 11 Plan of Liquidation [Docket No. 194 – filed April 29, 2011]

vii. Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 378 – filed June 13, 2011]

viii. Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 380 – filed June 13, 2011]

ix. Blackline of Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 381 – filed June 13, 2011]

x. Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 396 – filed June 14, 2011]

xi. **Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 442 – filed June 28, 2011]**

xii. **Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 444 – filed June 28, 2011]**

xiii. **Blackline of Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 445 – filed June 28, 2011]**

xiv. **Debtors' Motion for Leave to File the Omnibus Reply to Objections to Disclosure Statement [Docket No. 446 – filed June 28, 2011]**

xv. **Omnibus Reply to Objections to Disclosure Statement [Docket No. 447 – filed June 28, 2011]**

xvi. **Notice of Filing of Revised Proposed Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan [Docket No. 448 – filed June 28, 2011].**

xvii. **Joinder of SOF-VIII- Hotel II Anguilla Holdings, L.L.C. to Debtors' Motion for Leave to File the Omnibus Reply to Objection to Disclosure Statement [Docket No. 449 – filed June 28, 2011]**

xviii. **Joinder of SOF-VIII-Hotel II Anguilla Holdings, L.L.C. to Omnibus Reply to Objections to Disclosure Statement [Docket No. 450 – filed June 28, 2011]**

xix. **Notice of Withdrawal Regarding Objection of Exclusive Resorts Real Estate Holdings II, LLC to the Debtors' Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation and Motion Seeking Approval of Disclosure Statement and Solicitation Procedures [Docket No. 451 – filed June 29, 2011]**

Objections/Responses Received:

A. Objection of IMI Resort Sales, LLC, et al. to Adequacy of the Disclosure Statement in Support of First Amended Joint Chapter 11 Plan of Liquidation [Docket No. 246 – filed May 6, 2011]

B. Objection of Exclusive Resorts Real Estate Holdings II, LLC to the Debtors' Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation and Motion Seeking Approval of Disclosure Statement and Solicitation Procedures [Docket No. 247 – filed May 6, 2011]

C. Anguilla Re, LLC's: (A) Objection to the Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan; and (B) Joinder in the Objection of Exclusive Resorts Real Estate Holdings II, LLC to the Debtors' Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation and Motion Seeking Approval of Disclosure Statement and Solicitation Procedures [Docket No. 267 – filed May 12, 2011]

D. Objection of RJR Viceroy, Ltd. to Disclosure Statement in Support of Joint Plan of Liquidation [Docket No. 418 – filed June 23, 2011]

E. Objection of Grant Gibson, Kim Evans and Mark Frederickson to the Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 419 – filed June 23, 2011]

F. Objection of David Sonnenblick and Elliot Eichner to the Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 420 – filed June 23, 2011]

G. Objection of Jonathan Simon and W.O. Viceroy I Ltd. to the Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 421 – filed June 23, 2011]

H. Joinder to Objection of Jonathan Simon and W.O. Viceroy I Ltd. to the Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 426 – filed June 23, 2011]

I. Objection to Disclosure Statement [Docket No. 431 – filed June 24, 2011]

Status: The hearing on this matter will go forward.

Dated: June 29, 2011
Wilmington, Delaware

_/s/ T-McR_____
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7700
Facsimile 302.651.7701

-and-

Charles R. Gibbs (admitted *pro hac vice*)
Michael P. Cooley (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**