# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Barnes Bay Development Ltd., et al. |
| **Case Number:** | 11-10792-PJW    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 30, 2011 10:30 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Disclosure Statement

**R / M #:**   452 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.

Agenda Items:

#1 - Revisions and attachments to the Disclosure Statement to be filed on 7/1/11 and served on the objectors. Proposed order due.

Deadline to file a 3013 motion is 7/22/11 with responses due on 8/1/11 by noon. Hearing on 8/4/11 @ 9:30 a.m.