IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
Barnes Bay Development Ltd., et al.[1]              :    Case No. 11-10792 (PJW)
                                                    :
                Debtors.                            :
----------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JULY 29, 2011 AT 11:00 A.M. (EDT)[2]

I. **MATTERS GOING FORWARD:**

1.  Emergency Motion to Quash Non-Party Depositions and for a Protective Order Regarding Document Productions Requested by Gary Tilkin, Global Futures and Forex, Ltd., Sandra E. Taylor, and 22 Bond Street [Docket No. 549 - filed July 25, 2011]

    Objection/Response Deadline: July 29, 2011 at 11:00 a.m.

    Related Documents:

    i.   Motion to Shorten Notice and Objection Periods for Emergency Motion to Quash Non-Party Depositions and for a Protective Order Regarding Document Productions Requested by Gary Tolkin, Global Futures and Forex, Ltd., Sandra E. Taylor, and 22 Bond Street [Docket No. 550- filed July 25, 2011]

    ii.  Order Granting Motion to Shorten Notice and Objection Periods for Emergency Motion to Quash Non-Party Depositions and for a Protective Order Regarding Document Productions Requested by Gary Tolkin, Global Futures and Forex, Ltd., Sandra E. Taylor, and 22 Bond Street [Docket No. 554 - filed July 26, 2011]

    iii. Notice of Hearing On Emergency Motion to Quash Non-Party Depositions and for a Protective Order Regarding Document Productions Requested by Gary Tilkin, Global Futures and Forex, Ltd., Sandra E. Taylor, and 22 Bond Street [Docket No. 555 – filed July 26, 2011]

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, L.P. (xx-xxx9891), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development Ltd. Barnes Bay Development Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

[2] The hearing will be held before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the July 29, 2011 hearing must contact CourtCall, LLC via telephone (866-582-6878) or via facsimile (866-533-2946) **prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Thursday, July 28, 2011** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Objections/Responses Received: None to date.

Status: The hearing regarding this matter will go forward.

Dated: July 27, 2011
Wilmington, Delaware

By: /s/ T-McRA

Paul N. Heath (No. 3704)
Travis A. McRoberts (No. 5274)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7700
Facsimile 302.651.7701

-and-

Charles R. Gibbs (admitted *pro hac vice*)
Michael P. Cooley (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**