# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Barnes Bay Development Ltd., et al. |
| **Case Number:** | 11-10792-PJW  **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JULY 29, 2011 11:00 AM  CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Emergency motion to quash
**R / M #:**  556 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 -  Motion denied on the record - no order signed