# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Barnes Bay Development Ltd., et al. | | |
| **Case Number:** | 11-10792-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 04, 2011 02:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## Matter:

Omnibus

**R / M #:**   586 / 0

## Appearances:

See attached Court sign-in sheet

## Proceedings:

Hearing Held.
Agenda Items:
#1 - Resolved
#2 - Continued to a date to be determined
#3 - Continued to a date to be determined
#4 - Continued to a date to be determined
#5 - Further submissions due: Opening brief due on 8/8/11 at 12:00 p.m., response due on 8/10/11 at 4:00 p.m. and reply due on 8/12/11 at 12:00 p.m. Tentative hearing scheduled for 8/15/11 at 2:00 p.m.
#6 - Continued to a date to be determined