# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

........................................................................x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Barnes Bay Development Ltd., *et al.*,[1] | : | Case No. 11- 10792 (PJW) |
| | : | |
| Debtors. | : | |

........................................................................x

## NOTICE OF RESCHEDULED HEARING TO CONSIDER CONFIRMATION OF DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE THAT** on June 30, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved a disclosure statement (the "Disclosure Statement") for use by Barnes Bay Development, Ltd. and its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") to solicit acceptances or rejections of their proposed *Second Amended Joint Chapter 11 Plan of Liquidation* (the "Plan") from those holders of impaired claims or interests who are (or may be) entitled to receive distributions under the Plan. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (i) approving the Disclosure Statement, (ii) approving the dates, procedures, and forms applicable to the process of soliciting votes on and providing notice of the Plan, (iii) approving certain vote tabulation procedures, and (iv) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

**PLEASE TAKE FURTHER NOTICE THAT** the hearing originally scheduled to be held on August 17, 2011 at 11:00 a.m. (Eastern Time) to consider confirmation of the Plan **has been rescheduled to August 24, 2011 at 2:00 p.m. (Eastern Time)**, to be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801. The hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by announcement of such adjournment in open court.

**PLEASE TAKE FURTHER NOTICE THAT** no later than **August 10, 2011 at 5:00 p.m.** (Eastern Time), all objections to confirmation of the Plan other than those of the Hearing Parties (as defined below) must be (a) filed with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801 and (b) served on the following parties so as to be received no later than **5:00 p.m.** (Eastern Time) on **August 10, 2011**: (i) the Debtors, c/o Kor Realty Group, 421 South Beverly Drive, 7th Floor, Beverly

---

[1]The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, L.P. (xx-xxx9891), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development Ltd. Barnes Bay Development Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

Hills, CA 90212; (ii) Counsel to the Debtors, (A) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Paul Heath, Esquire and Chun I. Jang, Esquire and (B) Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100 Dallas, TX 75201, Attn: Charles R. Gibbs, Esquire, and Michael P. Cooley, Esquire, and Sara J.L. Wahl; (iii) Counsel to the Committee, Brown Rudnick LLP, Seven Times Square, New York, New York 10036, Attn: Gordon Z. Novod, Esquire; (iv) Counsel to the Lender, DLA Piper LLP (US), 203 North LaSalle Street, 19th Floor, Chicago, IL 60601, Attn: Richard A. Chesley, Esquire; and (iiiv) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 2nd Floor, 844 King Street, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT** no later than **August 16, 2011 at 12:00 p.m.** (Eastern Time), 22 Bond Street, LLC's, Sandra E. Taylor's, Gary Tilkin's, Global Futures' and Forex, Ltd.'s (collectively, the "Hearing Parties") objections to confirmation of the Plan must be (a) filed with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801 and (b) served on the following parties so as to be received no later than **12:00 p.m.** (Eastern Time) on **August 16, 2011**: (i) the Debtors, c/o Kor Realty Group, 421 South Beverly Drive, 7th Floor, Beverly Hills, CA 90212; (ii) Counsel to the Debtors, (A) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Paul Heath, Esquire and Chun I. Jang, Esquire and (B) Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100 Dallas, TX 75201, Attn: Charles R. Gibbs, Esquire, and Michael P. Cooley, Esquire, and Sara J.L. Wahl; (iii) Counsel to the Committee, Brown Rudnick LLP, Seven Times Square, New York, New York 10036, Attn: Gordon Z. Novod, Esquire; (iv) Counsel to the Lender, DLA Piper LLP (US), 203 North LaSalle Street, 19th Floor, Chicago, IL 60601, Attn: Richard A. Chesley, Esquire; and (iiiv) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 2nd Floor, 844 King Street, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT THE PLAN CONTAINS CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS.**

**PLEASE TAKE FURTHER NOTICE THAT** the Plan may be further modified, if necessary, pursuant to Bankruptcy Code section 1127, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available on the Bankruptcy Court's website, http://www.deb.uscourts.gov; or by contacting the Debtors (i) by writing to: Barnes Bay Development, Ltd. *et al.*, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, (ii) by calling 877-565-8224, or (iii) by visiting www.kccllc.net/BarnesBay.

RLF1 5252584v. 1

Dated: August 5, 2011
     Wilmington Delaware

Paul Heath (No. 3704)
Robert C. Maddox (No. 5356)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7700
Facsimile 302.651.7701

**-and-**

Charles R. Gibbs (admitted *pro hac vice*)
Michael P. Cooley (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER &
FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

**COUNSEL FOR DEBTORS AND
DEBTORS IN POSSESSION**

RLF1 5252584v. 1