**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Barnes Bay Development Ltd., | ) | Case No. 11-10792 (PJW) |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER

For the reasons set forth in the Court's memorandum opinion of this date, the motion for reclassification of the claims submitted by creditors Jonathan Simon and W.O. Viceroy I Ltd. (Doc. # 531) is **denied**.

Peter J. Walsh
United States Bankruptcy Judge

Dated: August 15, 2011