# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| Barnes Bay Development Ltd., *et al.*, : | Case No. 11-10792 (PJW) |
| : | Jointly Administered |
| Debtors. : | |
| : | |

## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, hereby certify that on this 16th day of August 2011, I caused a true and correct copy of the foregoing **Objection of Gary Tilkin, Global Futures and Forex Ltd., Sandra E. Taylor and 22 Bond Street to Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation** to be served upon the parties on the attached list in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: August 16, 2011
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ Jeremy W. Ryan
Jeremy W. Ryan (DE Bar No. 4057)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com

*Attorneys for Gary Tilkin, Global Futures and Forex, Ltd., Sandra E. Taylor and 22 Bond Street*

PAC 1022855v.5

## SERVICE LIST

*Via First Class Mail, Postage Pre-Paid*
Kor Realty Group
421 South Beverly Drive, 7th Floor
Beverly Hills, CA  90212

*Via First Class Mail, Postage Pre-Paid*
Paul Heath, Esq.
Chun I. Jang, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

*Via First Class Mail, Postage Pre-Paid*
Charles R. Gibbs, Esq.
Michael P. Cooley, Esq.
Sara J.L. Wahl, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201

*Via First Class Mail, Postage Pre-Paid*
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

*Via First Class Mail, Postage Pre-Paid*
Richard A. Chesley, Esq.
DLA Piper LLP (US)
203 North LaSalle Street, 19th Floor
Chicago, IL  60601

*Via First Class Mail, Postage Pre-Paid*
Richard Schepacarter, Esq.
Office of the US Trustee
J. Caleb Boggs Federal Building, 2nr Floor
844 King Street
Wilmington, DE  19801

PAC 1022855v.5