# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Barnes Bay Development, Ltd., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-10792 (PJW) <br><br> (Jointly Administered) <br><br> **Objections Due: November 10, 2011** <br> **Hearing Date: November 17, 2011 at 2:00 pm** <br><br> **Related Docket No. 888** |

## LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CHAPTER 11 CASES PURSUANT TO 11 U.S.C. § 1112(b)

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, respectfully files this limited objection (the "Limited Objection") to the *Motion of the United States Trustee to Convert or Dismiss Chapter 11 Cases Pursuant to 11 U.S.C. § 1112(b)* [Docket No. 888] (the "Motion"). In support of this Limited Objection, the Committee adopts and incorporates herein the objections raised in its *Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Jonathan Simon and W.O. Viceroy I Ltd. for Dismissal of Barnes Bay Development Ltd.'s Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b)* [Docket No. 826] and further states as follows:

## LIMITED OBJECTION

1. The Committee does not object to dismissal of the above-captioned cases (collectively, the "Bankruptcy Cases") generally. Rather, the Committee requests that the Court refrain from issuing a dismissal order for a limited period of time because the Bankruptcy Cases

should not be dismissed until the Court has resolved the pending dispute regarding the interpretation of the professional fee carve-out created under paragraph 5 of the *Final Order (A) Authorizing Debtors (I) to Obtain Post-Petition Financing and (II) to Use Cash Collateral; (B) Granting Liens and Providing Super-Priority Claims; and (C) Granting Adequate Protection to Pre-Petition Secured Parties* [Docket No. 389] and has resolved all other issues related to the allowance and payment of professional fees and Committee member expenses in these cases (collectively, the "Fee Issues").

2. In the alternative, and at a minimum, to the extent that the Court does issue an order dismissing the Bankruptcy Cases while the Fee Issues and interpretation of the carve-out remain pending, the Committee requests that any order expressly provide that the Court retains jurisdiction over the Fee Issues and interpretation and enforcement of the carve-out, and further provide a method for adjudicating the Fee Issues and resolving the interpretation and enforcement of the carve-out notwithstanding any such dismissal.

**RESERVATION OF RIGHTS**

3. The Committee expressly reserves all of its rights to assert additional objections to the Motion either at or prior to any hearing on the Motion.

## CONCLUSION

**WHEREFORE**, the Committee requests that the Court refrain from issuing an order on the Motion for a limited period of time, as set forth herein. However, should the Court determine to grant the relief sought in the Motion, the Committee requests that the Court condition the approval of the Motion on (a) the retention by the Court of jurisdiction to adjudicate the Fee Issues and the interpretation and enforcement of the carve-out; (b) provide a method and process for adjudicating those matters, and (c) grant the Committee such other and further relief as is just and proper.

Dated: November 10, 2011
      Wilmington, Delaware

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

By: /s/ Matthew P. Ward
    Steven K. Kortanek (Del. Bar No. 3106)
    Matthew P. Ward (Del. Bar No. 4471)
    Ericka F. Johnson (Del. Bar No. 5024)
    222 Delaware Avenue, Ste. 1501
    Wilmington, DE 19801
    Telephone: (302) 252-4320
    Facsimile: (302) 252-4330
    E-mail: skortanek@wcsr.com
    E-mail: maward@wcsr.com
    E-mail: erjohnson@wcsr.com

-and-

**BROWN RUDNICK LLP**
Edward S. Weisfelner, Esq.
Gordon Z. Novod, Esq.
Andrew Dash, Esq.
Seven Times Square
New York, NY 10036
(212) 209-4800 (telephone)
(212) 209-4801 (facsimile)

*Counsel for the Official Committee of Unsecured Creditors*