IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                           :    Chapter 11
                                             :
Barnes Bay Development Ltd., *et al.*[1]   :    Case No. 11-10792 (PJW)
                                           :
                  Debtors.                :
------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 17, 2011 AT 2:00 P.M. (EST)[2]

**I.**    **UNCONTESTED MATTER GOING FORWARD:**

1. Motion of the Official Committee of Unsecured Creditor Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 Permitting the Official Committee of Unsecured Creditors to File Temporarily Under Seal Exhibit A to Its Response to the Omnibus Objection of SOF-VIII Hotel II Anguilla Holdings, L.L.C. to (I) Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Determining the Scope of the Carve-Out Under the Final DIP Order and (II) Final Applications for Compensation of Professionals of the Debtors and the Official Committee of Unsecured Creditors [Docket No. 913 – filed November 14, 2011]

    Related Documents: None to date.

    Objections/Responses Received: None to date.

    Status: The hearing on this matter will go forward.

**II.**    **CONTESTED MATTERS GOING FORWARD:**

2. Application of SOF-VII-Hotel II Anguilla Holdings, L.L.C. for Allowance of Super-Priority Administrative Expenses Incurred Pursuant to 11 U.S.C. § 105, 364(c)(1) and 507(b) and the Final DIP Order [Docket No. 885 – filed October 14, 2011]

    Objection/Response Deadline: October 31, 2011 at 4:00 p.m. (EDT)

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Kor Duo Investment Partners II, L.P. (xx-xxx9891), Kor Duo II, LLC (xx-xxx5207) and Barnes Bay Development Ltd. Barnes Bay Development Ltd., is a company formed under the laws of Anguilla and, accordingly, does not have an employer identification number.

[2] The hearing will be held before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the November 17, 2011 hearing must contact CourtCall, LLC via telephone (866-582-6878) or via facsimile (866-533-2946) **prior to 12:00 p.m. (noon) (Eastern Standard Time) on Wednesday, November 16, 2011** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

RLF1 5543693v. 1

Related Documents: None to date.

Objections/Responses Received:

A. Limited Objection of the Official Committee of Unsecured Creditors to the Application of SOF-VIII-Hotel II Anguilla Holdings, L.L.C. for Allowance of Super-Priority Administrative Expenses Incurred Pursuant to 11 U.S.C. § 105, 364(c)(1) and 507(b) and the Final DIP Order [Docket No. 905 – filed October 31, 2011]

B. Objection of Jonathan Simon to Application of SOF-VIII-Hotel II Anguilla Holdings, L.L.C. for Allowance of Super-Priority Administrative Expenses Incurred Pursuant to 11 U.S.C. § 105, 364(c)(1) and 507(b) and the Final DIP Order [Docket No. 906 – filed October 31, 2011]

C. Debtors' Joinder in Limited Objection of the Official Committee of Unsecured Creditors to the Application of SOF-VII-Hotel II Anguilla Holdings, L.L.C. for Allowance of Super-Priority Administrative Expenses Incurred Pursuant to 11 U.S.C. § 105, 364(c)(1) and 507(b) and the Final DIP Order [Docket No. 907 – filed November 1, 2011]

Status: The hearing on this matter will go forward.

3. Motion for Entry of an Order Converting Or Dismissing Chapter 11 Cases Pursuant to 11 U.S.C. §1112(b) [Docket No. 888 – filed October 21, 2011]

Objection/Response Deadline: November 10, 2011 at 4:00 p.m. (EST)

Related Documents:

i. Re-Notice of Motion for Entry of an Order Converting Or Dismissing Chapter 11 Cases Pursuant to 11 U.S.C. §1112(b) [Docket No. 891 – filed October 21, 2011]

ii. Notice of Hearing on Motion to Dismiss or Convert Case [Docket No. 900 – filed October 26, 2011]

iii. Joinder of Jonathan Simon to United States Trustee's Motion to Convert or Dismiss Chapter 11 Cases Pursuant to U.S.C. §1112(b) [Docket No. 912 – filed November 10, 2011

Objections/Responses Received:

A. Limited Objection of the Official Committee of Unsecured Creditors to the Motion of the United States Trustee to Convert or Dismiss Chapter 11 Cases Pursuant to 11 U.S.C. §1112(b) [Docket No. 910 – filed November 10, 2011]

B. Response of Debtors to the United States Trustee's Motion to Convert or Dismiss Chapter 11 Cases Pursuant to 11 U.S.C. §1112(b) [Docket No. 911 – filed November 10, 2011]

Status: The hearing on this matter will go forward.

4. Motion for Entry of an Order Determining the Scope of the Carve-Out Under the Final DIP Order [Docket No. 890 – filed October 21, 2011]

Objection/Response Deadline: November 10, 2011 at 4:00 p.m. (EST)

Related Documents:

i. Response of the Official Committee of Unsecured Creditors to the Omnibus Objection of SOF-VIII Hotel II Anguilla Holdings, L.L.C. to (I) Motions of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Determining the Scope of the Carve-Out Under the Final DIP Order and (II) Final Applications for Compensation of Professionals of the Debtors and the Official Committee of Unsecured Creditors [Docket No. 914 – filed November 14, 2011]

Objections/Responses Received:

A. Omnibus Objection of SOF-VIII-Hotel II Anguilla Holdings, L.L.C. to (I) Motions of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Determining the Scope of the Carve-Out Under the Final DIP Order and (II) Final Applications for Compensation of Professionals of the Debtors and the Official Committee of Unsecured Creditors [Docket No. 909 – filed November 10, 2011]

Status: The hearing on this matter will go forward.

5. Motion for Entry of an Order Determining the Scope of the Carve-Out Under the Final DIP Order [Docket No. 892 – filed October 21, 2011]

Objection/Response Deadline: November 10, 2011 at 4:00 p.m. (EST)

Related Documents:

i. Response of the Official Committee of Unsecured Creditors to the Omnibus Objection of SOF-VIII Hotel II Anguilla Holdings, L.L.C. to (I) Motions of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Determining the Scope of the Carve-Out Under the Final DIP Order and (II) Final Applications for Compensation of Professionals of the Debtors and the Official Committee of Unsecured Creditors [Docket No. 914 – filed November 14, 2011]

Objections/Responses Received:

A. Omnibus Objection of SOF-VIII-Hotel II Anguilla Holdings, L.L.C. to (I) Motions of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Determining the Scope of the Carve-Out Under the Final DIP Order and (II) Final Applications for Compensation of Professionals of the Debtors and the Official Committee of Unsecured Creditors [Docket No. 909 – filed November 10, 2011]

Status: The hearing on this matter will go forward.

6. Motion of SOF-VIII-Hotel II Anguilla Holdings, L.L.C. for Reconsideration of Stipulated Order Vacating Automatic Stay [Docket No. 898 – filed October 26, 2011]

   Objection/Response Deadline: November 10, 2011 at 4:00 p.m. (EST)

   Related Documents:

   i. Motion of SOF-VIII-Hotel II Anguilla Holdings, LLC to Shorten Notice and Objection Periods for Motion of SOF-VIII-Hotel II Anguilla Holdings, L.L.C. for Reconsideration of Stipulated Order Vacating Automatic Stay [Docket No. 899 – filed October 26, 2011]

   Objections/Responses Received:

   A. Objection of Jonathan Simon to Motion to Shorten Notice and Objection Periods for Motion of SOF-VIII-Hotel II Anguilla Holdings, L.L.C. for Reconsideration of Stipulated Order Vacating Automatic Stay [Docket No. 901 – filed October 26, 2011]

   B. Objection of Anguilla RE, LLC to Motion SOF-VIII-Hotel Anguilla Holdings, L.L.C. for Reconsideration of Stipulated Order Vacating Automatic Stay [Docket No. 908 – filed November 3, 2011]

   Status: The hearing on this matter will go forward.

### III. FEE APPLICATIONS:

7. Final Fee Applications

   Objection Deadline: November 3, 2011 at 4:00 p.m. (EDT); extended until November 10, 2011 at 12:00 p.m. (EST)

   Objections/Responses Received: [See Exhibit A attached hereto]

   Related Documents: [See Exhibit A attached hereto]

   Status: The hearing on this matter will go forward.

4

Dated: November 15, 2011
       Wilmington, Delaware

/s/ TMcR
_____
Paul N. Heath (No. 3704)
Travis A. McRoberts (No. 5274)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7700
Facsimile 302.651.7701

-and-

Charles R. Gibbs (admitted *pro hac vice*)
Michael P. Cooley (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

5

RLF1 5543693v. 1