# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | Barnes Bay Development Ltd., et al. | | |
| **Case Number:** | 11-10792-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 17, 2011 02:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Omnibus

**R / M #:**   915 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Approved - order due
#2 - Moot
#3 - Approved - order due
#4 - Denied - order due
#5 - Denied - order due
#6 - Moot
#7 - Approved - order due